*Formatted for Electronic Distribution*                                    *Not for Publication*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF VERMONT**

Filed & Entered
On Docket
March 30, 2012

_____

**In re:**

    **Patrick B. McKenzie and**                     **Chapter 7 Case**
    **DonnCherie McKenzie,**                     **# 09-11174**
                **Debtors.**

_____

**Patrick B. McKenzie,**
            **Plaintiff,**

**v.**                                    **Adversary Proceeding**

**Educational Credit**                   **# 10-1018**
**Management Corporation,**
            **Defendant.**

_____

*Appearances:  Patrick B. McKenzie.*             *Gary L. Franklin, Esq.*
            *Burlington, Vermont*                  *Burlington, Vermont*
            *Plaintiff Pro Se*                      *For the Defendant*

**ORDER**
**GRANTING JUDGMENT IN FAVOR OF THE DEFENDANT**

      For the reasons set forth in the memorandum of decision of even date, the Court declares that the

Plaintiff's student loans to the Defendant are excepted from discharge pursuant to 11 U.S.C. § 523(a)(8),

and enters judgment in favor of the Defendant.

      SO ORDERED.

                                         _____

March 30, 2012                           Colleen A. Brown
Burlington, Vermont                  United States Bankruptcy Judge